## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PA

Chapter:      13
Case No:      1917509

In re:      TIMOTHY M BOWIE

Account Number:  2126

## WITHDRAWAL OF PROOF OF CLAIM

COMES NOW, Portfolio Recovery Associates, LLC by PRA Receivables Management, LLC agent. Pursuant to the Federal Rule of Bankruptcy Procedure 3006, withdraws its proof(s) of claim 7 filed on or about 02/10/2020 in the amount of $23,429.05 .

On this 5/29/2020.

By:   /s/ Dolan Mason
      Dolan Mason, Bankruptcy Representative
      PRA Receivables Management, LLC.
      POB 41067
      Norfolk, VA 23541
      E-mail: Bankruptcy_Info@portfoliorecovery.com