United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Timothy M Bowie  
    Debtor

Case No. 19-17509-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: SaraR    Page 1 of 1    Date Rcvd: Jun 01, 2020  
                Form ID: trc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2020.  
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
14493219    E-mail/Text: bnc-quantum@quantum3group.com Jun 02 2020 04:20:22  
        Quantum3 Group LLC as agent for,   Sadino Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788  
                                                                                                                                             TOTAL: 1

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                               TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2020                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2020 at the address(es) listed below:  
        ERIK B. JENSEN    on behalf of Debtor Timothy M Bowie akeem@jensenbagnatolaw.com,  
         camryn@jensenbagnatolaw.com;jennifer@jensenbagnatolaw.com;lori@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com  
        LORRAINE GAZZARA DOYLE    on behalf of Creditor    Nationstar Mortgage LLC, d/b/a Mr. Cooper Lorraine@mvrlaw.com,   Diane@mvrlaw.com  
        REBECCA ANN SOLARZ    on behalf of Creditor    Nationstar Mortgage LLC, d/b/a Mr. Cooper bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com  
                                                                                                                                                   TOTAL: 5

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 19-17509-mdc
Chapter 13

In re: Debtor(s) (including Name and Address)

Timothy M Bowie
4054 E. Cheltenham Avenue
Philadelphia PA 19124

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/29/2020.

Name and Address of Alleged Transferor(s):

Claim No. 2: Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788

Name and Address of Transferee:

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   06/03/20

Tim McGrath
**CLERK OF THE COURT**