United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Timothy M Bowie  
    Debtor(s)

Case No. 19-17509-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: SaraR      Page 1 of 3  
Date Rcvd: Oct 16, 2020      Form ID: pdf900      Total Noticed: 32

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Timothy M Bowie, 4054 E. Cheltenham Avenue, Philadelphia, PA 19124-1245 |
| 14433341 | | AFS Acceptance, Attn: Bankruptcy, 1475 W Cypress Rd, Ste 300, Fort Lauderdale, FL 33309 |
| 14433342 | + | Bmg Money, Attn: Bankruptcy, 444 Brickell Avenue Ste 250, Miami, FL 33131-2404 |
| 14433360 | + | General Revenue Corporation, Attn: Bankruptcy Dept., 4660 Duke Dr., Ste 300, Mason, OH 45040-8466 |
| 14433361 | + | Helm Assocs, 801 Bristol Pike, Croydon, PA 19021-5447 |
| 14433363 | + | Mr. Cooper, Attn: Bankruptcy, Po Box 619098, Dallas, TX 75261-9098 |
| 14463651 | + | Nationstar Mortgage LLC dba Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14452419 | + | Nationstar Mortgage LLC, d/b/a Mr. Cooper, C/O REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 14438775 | + | Nationstar Mortgage LLC, d/b/a Mr. Cooper, C/O LORRAINE GAZZARA DOYLE, Martha E. Von Rosenstiel, PC, 649 South Avenue, Secane, PA 19018-3541 |
| 14433365 | + | PGW, 1800 North 9th Street, Philadelphia, PA 19122-2021 |
| 14433366 | + | PHH Mortgage Services, Attn: Bankruptcy, Po Box 5452, Mount Laurel, NJ 08054-5452 |
| 14433367 | | Philadelphia Parking Authority, 5th and Market, Philadelphia, PA 19106 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 17 2020 01:10:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 17 2020 01:09:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 17 2020 01:09:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 17 2020 02:02:37 | PRA Receivables Management, LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14495822 | + | Email/Text: michael@car-llc.com | Oct 17 2020 01:07:00 | CAPITAL ASSET RECOVERY, PO BOX 192585, DALLAS, TX 75219-8523 |
| 14433344 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 17 2020 02:00:46 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14447850 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Oct 17 2020 02:04:27 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14437100 | | Email/Text: bankruptcy@consumerportfolio.com | Oct 17 2020 01:09:00 | Consumer Portfolio Services, P.O. Box 57071, Irvine, CA 92619-7071 |
| 14433347 | + | Email/Text: bankruptcy@consumerportfolio.com | Oct 17 2020 01:09:00 | Consumer Portfolio Svc, Attn: Bankruptcy, Po Box 57071, Irvine, CA 92619-7071 |
| 14433348 | + | Email/Text: ebnnotifications@creditacceptance.com | Oct 17 2020 01:07:00 | Credit Acceptance, 25505 West 12 Mile Rd, Suite |

Case 19-17509-mdc    Doc 61    Filed 10/18/20    Entered 10/19/20 01:36:38    Desc Imaged
Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: SaraR | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 16, 2020 | Form ID: pdf900 | Total Noticed: 32 |

| | | | | |
|---|---|---|---|---|
| | | | | 3000, Southfield, MI 48034-8331 |
| 14433349 | +Email/PDF: creditonebknotifications@resurgent.com | Oct 17 2020 02:00:48 | | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14433350 | +Email/Text: electronicbkydocs@nelnet.net | Oct 17 2020 01:09:00 | | Department of Education/Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 14433359 | +Email/Text: bnc-bluestem@quantum3group.com | Oct 17 2020 01:10:00 | | Fingerhut, Attn: Bankruptcy, Po Box 1250, Saint Cloud, MN 56395-1250 |
| 14433362 | +Email/Text: bankruptcydpt@mcmcg.com | Oct 17 2020 01:09:00 | | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2709 |
| 14462705 | +Email/Text: bankruptcydpt@mcmcg.com | Oct 17 2020 01:09:00 | | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14465696 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 17 2020 02:04:23 | | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14433364 | +Email/Text: bankruptcygroup@peco-energy.com | Oct 17 2020 01:08:00 | | Peco, 2301 Market Street, Philadelphia, PA 19103-1380 |
| 14493219 | Email/Text: bnc-quantum@quantum3group.com | Oct 17 2020 01:09:00 | | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14433368 | +Email/PDF: gecsedi@recoverycorp.com | Oct 17 2020 02:02:32 | | Synchrony/CareCredit, Attn: Bankruptcy, Po Box 965061, Orlando, FL 32896-5061 |
| 14433369 | +Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 17 2020 01:07:00 | | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | * | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14433343 | *+ | Bmg Money, Attn: Bankruptcy, 444 Brickell Avenue Ste 250, Miami, FL 33131-2404 |
| 14433345 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14433346 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14433351 | *+ | Department of Education/Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 14433352 | *+ | Department of Education/Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 14433353 | *+ | Department of Education/Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 14433354 | *+ | Department of Education/Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 14433355 | *+ | Department of Education/Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 14433356 | *+ | Department of Education/Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 14433357 | *+ | Department of Education/Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 14433358 | *+ | Department of Education/Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 14507311 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14433370 | *+ | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |

TOTAL: 0 Undeliverable, 15 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| | | |
|---|---|---|
| District/off: 0313-2 | User: SaraR | Page 3 of 3 |
| Date Rcvd: Oct 16, 2020 | Form ID: pdf900 | Total Noticed: 32 |

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2020              Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2020 at the address(es) listed below:

**Name**          **Email Address**

ERIK B. JENSEN
on behalf of Debtor Timothy M Bowie jeffrey@jensenbagnatolaw.com
jordan@jensenbagnatolaw.com;jennifer@jensenbagnatolaw.com;lori@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com

LORRAINE GAZZARA DOYLE
on behalf of Creditor Nationstar Mortgage LLC  d/b/a Mr. Cooper Lorraine@mvrlaw.com,
Diane@mvrlaw.com;bankruptcy@friedmanvartolo.com

REBECCA ANN SOLARZ
on behalf of Creditor Nationstar Mortgage LLC  d/b/a Mr. Cooper bkgroup@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| **Timothy M. Bowie** | : | |
| Debtor. | : | Bankruptcy No. 19-17509-mdc |

**ORDER DISMISSING CHAPTER 13 AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee (the "Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

6. Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, on all interested parties within five (5) days of the entry of this Order. Within thirty (30) days after the entry of this Order, counsel shall file (1) a Certification of Service confirming such service, and (2) a Certification of No Response confirming that neither an objection to the

proposed compensation nor an application for administrative expense has been filed, or if such application has been filed, set a hearing on all such applications.

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty (60) days of the entry of this Order, then the Standing Trustee shall, if any applications for administrative expenses other than Debtor(s)' Counsels have been filed, set a hearing thereon or, if no such applications have been filed, be authorized to return such funds to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Dated:   October 15, 2020

*Magdeline D. Coleman*
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE