IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | : | Chapter 13 |
|---|---|---|
|  | : |  |
| Timothy M. Bowie | : |  |
|  | : | No. 19-17509-mdc |
| Debtor | : |  |
|  | : |  |

## CERTIFICATE OF SERVICE

I, Erik B. Jensen, Esquire, Attorney for the above-named Debtor, hereby certifies that a true and correct copy of the Court Order dated October 15, 2020 was served upon all creditors and interested parties via first class regular mail on October 19, 2020.

/s/ Erik B. Jensen
Erik B. Jensen, Esquire
*Attorney for Debtor*

Date: 10/22/2020